■ PAUL MARINACCIO, SR., Respondent, v TOWN OF CLARENCE, Defendant, and KIEFFER ENTERPRISES, INC., Appellant. (Appeal No. 2.) [934 NYS2d 917]—

It is hereby ordered that the order so appealed from is unanimously modified on the law by providing that the opposing papers and reply papers with respect to plaintiff's motion in limine seeking to preclude the testimony of an appraisal expert for defendant Town of Clarence and the order determining that motion shall be included in the record on appeal in appeal No. 1 and as modified the order is affirmed without costs.

Same memorandum as in *Marinaccio v Town of Clarence* (90 AD3d 1599 [2011]). Present—Scudder, P.J., Centra, Fahey, Peradotto and Lindley, JJ.